IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SAVANNAH WWC, LLC, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. CV421-083 |
| CITY MARKET PARTNERS LIMITED PARTNERSHIP, | ) |
| Defendant. | ) |

## ORDER

Before the Court is Plaintiff Savannah WWC, LLC's Dismissal Without Prejudice. (Doc. 11.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendant has filed neither an answer nor a motion for summary judgment in this case, Plaintiff's request is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 8th day of April 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA